# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 22, 2020

161278 & (21)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ELMORE NICHOLS, JR.,
        Defendant-Appellant.

SC: 161278
COA: 352101
Wayne CC: 12-008776-FH

_____/

On order of the Court, the motion to amend the application for leave to appeal is GRANTED. The application for leave to appeal the April 10, 2020 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



b1214

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 22, 2020



Clerk